

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-95,046-01 & 95,046-02

### EX PARTE BRIANNA MCFALL, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 2012CR6811-W1 & 2012CR6812-W1 IN THE 187TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*.

### O P I N I O N

Applicant pleaded guilty to aggravated assault and assault/family violence and was sentenced to two years' imprisonment in each cause. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that her pleas were involuntary because trial counsel had an actual conflict of interest. Based on the record, the trial court has determined that trial counsel's performance was deficient and that Applicant is entitled to relief. We agree.

Relief is granted. *Hill v. Lockhart*, 474 U.S. 52 (1985); *Ex parte Argent*, 393 S.W.3d 781 (Tex. Crim. App. 2013). The judgments in cause numbers 2012CR6811 & 2012CR612 in the 187th

District Court of Bexar County are set aside, and Applicant is remanded to the custody of the Sheriff of Bexar County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:      September 13, 2023
Do not publish